1508

**97–1520.   State v. Metz.**

Washington App. No. 96CA03.   'On motion for leave to file delayed appeal.   Motion granted.
RESNICK, J., dissents.

**97–1544.   State v. Dye.**

Richland App. No. 95CA81.   On motion for leave to file delayed appeal.   Motion denied.
MOYER, C.J., dissents.

**97–1551.   State v. Gaines.**

Franklin App. No. 96APA09–1230.   On motion for leave to file delayed appeal.   Motion denied.
MOYER, C.J., PFEIFER and LUNDBERG STRATTON, JJ., dissent.

**97–1572.   State v. Matthews.**

Franklin App. No. 93AP–212.   On motion for leave to file delayed appeal.   Motion denied.

**97–1610.   State v. Thomas.**

Franklin App. No. 90AP–547.   On motion for leave to file delayed appeal.   Motion denied.
DOUGLAS and PFEIFER, JJ., dissent.

**97–1687.   Jancuk v. Jancuk.**

Mahoning App. Nos. 94 C.A. 221, 95 C.A. 131, 95 C.A. 246, 95 C.A. 5, 96 C.A. 129, 96 C.A. 206 and 96
C.A. 258.   On motion for stay of court of appeals' judgment pending appeal.   Motion denied.